| Date | 19 augustus 2022 | |
|---|---|---|
| Mission # | 220819L1 | |
| Unit | CG-81 | |
| Area | CARIBSEA |  |
| MQ FIR entry | Yes | |
| MQ comms | Yes | |
| MQ response | | |

**AFTER MISSION REPORT NARRATIVE**

| Time | Chronological Narrative |
|---|---|
| 4:04 | T/O TNCC |
| 4:15 | Out report BB |
| 4:40 | Small radar hit ip 11-33.2N 068-16.2W |
| 4:49 | FM ip 11-32.8N 068-14.2W Tracking 090-17kts |
| 5:01 | FM identified (covert) as GF Closed HULL, no lights, 3 OBE, approx. 12 meters in length / Looking for nr of POB / similar type of vessel as AMR 220812 |
| 5:20 | No joy in getting covert ID on nr of POB / +- 4 POB assumed based on type of vessel and previous sightings |
| 5:30 | Update GF ip 11-31.8N 068-02.1W Tracking 090-22kts |
| 5:38 | Intention of TIB 843 is to track GF as long as possible when it continous E / If GF turns N or Prosp. 81 is not allowed to enter MAQ FIR TIB 843 will go for intercept |
| 5:45 | Update GF ip 11-31.3N 067-57.3W Tracking 100-21kts |
| 5:58 | Update GF ip 11-30.1N 067-52.7W Tracking 120-22kts |
| 6:15 | Update GF ip 11-29.1N 067-46.7W Tracking 100-22kts |
| 6:30 | Update GF ip 11-28.5N 067-40.7W Tracking 100-22kts |
| 6:47 | Prosp. 81 Entering MAQ FIR |
| 6:50 | Update GF ip 11-28.5N 067-33.5W Tracking 100-21kts |
| 7:00 | Update GF ip 11-28.4N 067-29.8W Tracking 100-23kts / Prosp 81. Suggested to intercept before before GF comes within 12 of TTW / TIB 843 is planning to lauch the FRISCS at 07:25 |
| 7:15 | Update GF ip 11-38.8N 067-20.3W Tracking 095-22kts |
| 7:25 | Pre loaded smoke |
| 7:30 | Update GF ip 11-27.2N 067-20.8W Tracking 090-22kts |
| 7:32 | TIB 843 launching FRISCS |
| 7:36 | TIB 843 is tracking GF |
| 7:45 | Update GF ip 11-27.2N 067-14.2W Tracking 090-22kts |
| 8:05 | Update GF approx. ip 11-27.5N 067-07.0W Tracking 090-20kts / FRISCS 3.5NM out |
| 8:10 | GF turned South / Suggested to increase speed for FRISCS |
| 8:15 | From TIB 843: Jettison observed |
| 8:16 | GF DIW |
| 8:20 | From TIB 843: POSCON over GF |
| 8:55 | Search for bales complete ip 11-26.3N 067-05,1W / NTR / Leaving the area to the West |
| 10:02 | In report BB |

| | |
|---|---|
| 10:05 | L/O TNCC |

| Command Decisions |
| --- |
| |
| O/N 30 mins |
| |
| Reported to BB & 843 |
| Reported to BB & 843 |
| Reported to BB & 843 |
| Reported to BB & 843 |
| |
| Reported to BB & 843 |
| Reported to BB & 843 |
| Reported to BB & 843 |
| Reported to BB & 843 |
| Reported to BB & 843 |
| Reported to BB & 843 |
| Reported to BB & 843 |
| Reported to BB & 843 |
| |
| Reported to BB & 843 |
| |
| |
| Reported to BB & 843 |
| Reported to BB |
| Reported to BB & 843 |
| |
| |
| Searching for bales |
| Reported to BB & 843 |
| |